

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

Aug 19 2019

ARTHUR JOHNSTON, CLERK

In The United States District Court

For the Southern District of Mississippi

Eastern ~~Jackson~~ Division

Cultural Music Masonary .CEO Eric De'Juan Jones.                      Plaintiff

Versus.                                       Civil Action No. 2:19CV118-KS-MTP

Richard Browning; Mellie Williams; Joesph Bullock; Municipal of Prentiss;

Prentiss Headlight Newspaper Company; Lamar County Sheriff Department; Jeff

Davis County Sheriff Department; Mississippi Bureau of Narcotics,HIDTA and Stone

County Correctional Facility Unknown Nurse.                         Defendants

### COMPLAINT UNDER THE DECLARATORY ACT.

### 42 U.S.C.S.. Section 1983,1985 and For State Torts

### Jurisdiction and Venue

1. This is an action for injunctive relief, declaratory judgment and damages pursuant to 42

U.S.C.S. Sections 1983 and 1985(1)(2)(3)based on continuing violations of the Plaintiffs right under the First,Fourth,Fifth,Eighth and Fourteenth Amendments to the United States Constitution. Jurisdiction exists pursuant to 28 U.S.C. Section 1331 and 1343 based on 42 U.S.C. Section 1983,1985 and questions of federal constitutional law. Jurisdiction also exists under the

1

declaratory act. 28 U.S.C. Section 2201 (a) and 2202. Supplement jurisdiction over the plaintiffs state law claims is pursuant to 28 U.S.C. Section 1367.

2. Venue is proper in the Jackson Division in that the events and conduct complained of herein all occurred in this eastern Division of the United States of America.

3. "Drugs, weapon seized in raid on Tyrone Drive" the prentiss Headlight published vol. 117 No.48 on July 31, 2019 stating "there has been an ongoing investigation on that address after several Narcotic arrests led back to that location", "Officers estimate the drugs to be worth $40,000.00 street value" thereafter falsely stating the plaintiff was charged with possession of a controlled substance,three counts of trafficking a controlled substance with intent while in possession of a firearm and possession of a firearm by a convicted felon." Further stating "due to the large amount of illicit drugs,"Eric Jones is now in federal custody". While it is learned that defendant Richard Browning spearheaded the investigation at last making a political statement "If you're setting up shop inside of prentiss city limits, you might want to rethink it, because your days are numbered."

"We will not tolerate it.

4. The charges in paragraph 3 was never formally charged upon the plaintiff whereby Monday after the Saturday raid Jones was taken into federal custody and later charged with violation of 21 U.S.C. Section 841(a)(1) possession with intent to distribute controlled substances. As such the article is false as it stated Jones charges.

5. That thereafter on or about Monday August 5, 2019 during a preliminary hearing all charges were dismissed on Jones and he was discharged from federal custody.

6. That upon return to 751 Tyrone Drive Prentiss, Ms 39474 the plaintiffs principal business address for Cultural Music Masonary, a recently registered with a tax identification newly admist of setting up boards,shares,shock,charter and formally finalize a written business plan the drug raid occurred and tax records were seized or destroyed by the prentiss police department and five other agencies of city,county,state and federal law enforcement agencies.

7. That an injunction is sought herein directing prentiss police department to immediately return all music production equipment I.e. apple laptop and (3) three iPhones along with a push mower and weed eater that's clearly listed in the search warrant return but not included on the property

2

sought to forefieted which only seeks to forefiet $2176.00 although $2215.00 is listed in the search warrant initial return see Exhibit One; search warrant return.

8. That the Plaintiff has not been disclosed Defendant Richard Browning affidavit of understanding facts and circumstances to this date yet on information and belief of a Friday traffic stop detective Richard Browning discovered app. 1 gram of marijuana from the plaintiff. Wrote the plaintiff a ticket and after receiving the plaintiff address raided the corporate headquarters of cultural Music Masonary arresting, Christopher fairly and plaintiff jones while allowing the female occupant to go free , the very next morning after the Friday which the ticket was written.

9. Since the plaintiff favorable discharge an August 8,2019 demand for retraction have been mailed to Defendant The prentiss Headlight and a separate notice of intent to sue has been hand delivered to the City of Prentiss mayor for training , supervision and lack of fettered discretion upon officers during the drug raid at issue that caused some $5000.00 in damages to the property of Kathy Sands and $8500.00 in stalling delaying and stopping music production, loss ventures, loss or destruction of equipment, music hard drives, mainframes, video cameras and other miscellaneous items like plugs and cords, jacks,inputs, etc.

10.. Plaintiff is seeking injunction to require the Municipal of Prentiss to immediately fix broken front door and side front window whereby Plaintiff cannot carry a firearm to protect himself from intruders who can freely without strain gain entry to the corporate headquarters principal address of Plaintiffs Jones corporation named Cultural Music Masonary a 11 month idea now coming to federal tracking log and through an Ein #.

11. Plaintiff is seeking declaratory judgment on several questions of fact and law on numerous matters from his antipsychotic drug prescriptions to health care benefits, and from SSI taxable income to whether it is necessary to maintain files documents,tax records,receipts, and incorporate within this state or another with friendlier music production benefits.

**Summary of Preliminary Facts**

A. On or about July 26,2019 Defendant Richard Browning stopped a Vechile which the Plaintiff a (Black Moorish American) was a passenger in the vechile with a white female named Holly.

3

B. That on or about July 26, 2019 Defendant Richard Browning searched without a warrant the Plaintiff and issued a citation for cannibus possession whereby Defendant Richard Browning first learned and obtained my physical address.

C. That prior to July 26, 2019 since July2014 Defendant Richard Browning

has had over (7) law enforcement encounters with the Plaintiff trying to come on to the Plaintiff like he gay or something.

D. Defendant Richard Browning has maliciously without probable cause charged the Plaintiff with assault on my mother Shirley Mae Jones who is 72 years old.

E. That as a result of the Publication at issue my community,friends,family and mother is even subjecting me to hatred, contempt, ridicule, or obloquy and this causes her to be ashamed and avoiding of me as to injure Plaintiff Eric Jones in community, church attendance, family, business and personal life matters all she says is " according to the newspaper you got five big charges."

F. That this publication at issue in photographs and writing is malicious and of durable defamation in fact malicious defamation as it provokes Plaintiff Jones to wrath which has deprived and prohibited Plaintiff from the benefits of public confidence and social intercourse in shops around Prentiss sicnr it's publication.

G. That Defendant Richard Browning conspired with Defendant Joesph Bullock, Defendant Nellie Williams. The prentiss Headlight, Lamar county sheriff Department, Jefferson Davis county sheriff department, Mississippi Bureau of Narcotics, HIDTA and persons from the Mississippi army national guard showed up with an army tank, assault rifles, canister bombs and other measures of destructive force devices or tools to perform a search of 751 Tyrone Drive; Prentiss,ms 39474.

H. Defendant Richard Browning obtained the said search warrant on premises of the July 26,2019 traffic stop and ticket issued in paragraph A above . Upon information and belief of plaintiff.

I. That search warrant and it's return is marked as Exhibit One is generally bare and devoid of any underlying facts and circumstance upon which probable cause can be determined by a justice court judge.

J. That search warrant. Exhibit one is now before this court wherein the plaintiff seeks declaratory judgment that Exhibit One alone is insufficient to hurdle U.S.C.A. 4 warrant requirement and this is void as to render evidence seized inadmissible in criminal proceedings resulting from such search or any civil forfeiture cases.

K. Defendant The Prentiss Headlight was allowed on the July 27,2019 drug bust scene to take pictures of the army tank and 3 suspects handcuffed and staged for photography by the Defendants Richard Browning; Defendant Joesph Bullock; Defendant Mellie Williams; Lamar County Sheriff Department; Jefferson Davis County Sheriff Department; Miss. Bureau of Narcotics and HIDTA thereby making political photographs of the (3) three suspects while in an army tank sparked fear terror and threat to the neighbors of this small community "greasy line."

L. That as a result of local politics the Defendant Prentiss Headlight labeled a small amount of drugs to be worth $40,000.00 in street value to further politicize the matter.

M. That on or before the July 31,2019 Defendants Prentiss Headlight knew or should've known Jones was taken into federal custody and the state charges was not Plaintiff Jones charges and that Jones did not so before a local justice court judge for initial appearance and as a result of the federal charge would not be charged the (5) five felonies the City of Prentiss, by and through Defendant Richard Browning had afore thought to charge the Plaintiff.

N. That on Monday July 29, 2019 Defendant Mellie Williams took the plaintiff into federal custody.

O. That the Plaintiff loss his liberty and freedom for eight day while at Stone County Regional Correctional Facility wherein an unknown nurse took little to no care to allow, receive and dispense Plaintiff Jones his prescribed antipsychotic drugs to treat the plaintiffs schizophrenia and bipolar leaving plaintiff intentionally to decompose to a worsen condition with actual pain in the brain of the plaintiff for (8) eight days or the length of the stay at the facility.

P. That on August 5,2019 Magistrate Micheal T. Parker ruled there was no probable cause based .... on defendant Mellie Williams testimony to believe Plaintiff Jones was about to commit a crime therefore plaintiff Jones federal charged was dismissed favorably to Jones who was discharged from custody of the U.S marshals the same day.

**Parties**

12. Cultural Music Masonary, a corporation with the right to sue or be sued is domiciled at 751 Tyrone Drive , prentiss, ms 39474 and is the register property of Plaintiff Eric Jones who have a right to business planning, operation and administration thereof in a legal manner. The plaintiff address is P.O. Box 188, Prentiss, Ms 39474 whereby all filing can be served upon the Plaintiff. The plaintiff is living in this unsafe dwelling at 751 Tyrone Drive, Prentiss, ms 39474 as a result of damages from the drug raid at issue and will continue to do so absent an order of this court issue to require the city of prentiss to allot some $5000.00 for repair of said property that was damaged during the search warrant execution. The plaintiff has been declared a vortex public figure by the Mississippi Supreme Court and will not dispute the classification in this matter subjecting the plaintiff to the actual malice standards of public officials. The plaintiff is going in his individual and corporate capacity.

13. Defendant Richard Browning is employed by the prentiss police department as a detective, whom process can be served upon at his normal place of work prentiss city hall

Prentiss,ms. He is being sued in his individual and official capacity, (1.) for the suppression of non-discretion duty bound inclusiveness of an affidavit of underlying facts and circumstance which has been withheld from review of plaintiff and courts up until the day violative of U.S.C.A. 4 "unless upon oath or affirmation cause" requirements of search warrants if they are to issue ;(2) for slander of crime , malicious prosecution, abuse of process, trespassing, false imprisonment and 42 U.S.C.S. Section 1985 (1)(2)(3) conspiracy to deprive plaintiff of freedom and liberty intending at minimum to cause unwanted civil confinement, denial of ssi benefits, loss of healthcare and ultimately disruption of Crosby Music studio suites a Facebook production constituting political slander of individual and business Cultural Music Masonary to the avail plaintiff would die hungry and fail at production of music from live studio equipment. He is also being sued for fraudulent returns on a search warrant return at issue of $2215.00 or $2176.00 record keeping. He is being sued for invasion false light of privacy, malicious falsehood or injurious falsehood, libel and criminal libel abuse of the criminal process, and other high crimes of trespass.

14. Defendant Joseph Bullock is employed as the Chief of prentiss police department and is being sued in his failure to train, supervise fetter non-discretionary actions or otherwise

Discipline or whistleblow on generally wide spread complaints against defendant Richard

Browning during traffic stops , And frisk, search warrant applications, high speed pursuits, excessive force, sexual harassment, dishonesty, disparingly black arrests in a move hereby populated white population compared to low number of African Americans, percentages are to high and other daily matters Defendant Richard Browning. Defendant Chief Joseph Bullock is expected to testify the Municipal of prentiss do not have policy manuals, training exercises or written code of conduct standard which has given Defendant Browning unfettered discretion to break the laws he has duty to uphold and thus have become the "law breaker" in contrast to law man. He is being sued in his individual and official capacity. He is also being sued for gross resident or resident destruction of private property, food, house windows, front door slamming through and furniture destruction valued at $8500.00.

15. Defendant Mellie Williams is employed by the U.S. Drug enforcement Agency or The United States justice department whose address where service of process can be made is known to the U.S. marshals of this court jurisdiction. It is a crime for one or more persons actions under color of law willingly to deprive or conspire to deprive another person any right protected by the constitution or laws of The United States (18 U.S.C. Section 241,242) "under color of law" means that the person doing the act is using power given to him by a governmental agency (local,state or federal) a law enforcement officer acts "under color of law means that the person doing the act is using power given to him or her by a governmental agency (local,state or federal). Defendant Mellie Williams exceeded his authority or rightful power by and through taking over a local investigation of defendant Richard Browning intentionally fabricating a criminal complaint evidence resulting in apx. 8 days loss of liberty to plaintiff Eric De'Juan Jones. He is being sued in his individual and official United States justice department capacity.

16. Municipal of Prentiss is also a defendant herein this matter for it is a crime for one or more city

of prentiss officials acting under color of law willfully to deprive or conspire to deprive another person of Any right protected by the constitution or laws of the United States (18 U.S.C. Section 241,242) "under color of law" means that the person doing the act is using power given to him or her by a governmental agency (local,state or federal). The Municipal of prentiss, by and through Defendant Richard Browning has engaged in a pattern of discrimination based on the basis of race, color,national origin,sex and region which includes amount other things, excessive destruction of personal and business protect during "non'no-knock" search warrants; excessive long reaching civil forfeiture res without return of seized property; utilizing 30 day deadline to amass fortune at forefieture matter but for lack of pretrial access to the courts;patterns of future to appoint counsel/at critical stage of initial appearances; patterns of failure to house detainees in constitutionally adequate conditions of confinement whereby to be safely kept until circumstances, patterns of failure to provide t.vs and canteen or mailing or copying services the continuing decencies requires of a 2019 A.D. city jail;patterns of failure to train, supervise,

discipline and fetter multiple situations police officers of a small town regularly reoccurs requiring split second decision making ; patterns of failure to" open the steel curtain at loss of liberty, specially not allowing access to adequate telephone calls and bail bonding services; patterns of failure to record, transcribe or document critical hearings,I.e initial appearance, bond hearing, preliminary hearing or non-critical misdemeanor hearing where the court "still uses handwritten notes as late as 2018 A.D, January, patterns of disparate black men arrest over white men although black men compose less than 17% of the Municipal of prentiss population,and mistreatment of the mentally ill at booking, jailing , bonding and court appearance stages; patterns of discriminatory upon poverty and race traffic stops, searches and arrest without a warranted probable cause; and patterns of criminal investigation sub par of the dignity Miranda requires  of officers who are drafting verbal confessions upon law enforcement encounters violative of the self incrimination clause with reckless disregard to verbal non-consent to enter premise or moving automobiles; patterns of traffic stops base on      "White lady- black man" race probable cause schemes violative of substantive   clause; patterns of seeking search and arrest warrants without disclosure of underlying facts and circumstances attendant there to parties upon initial arrest or original land origin of the primary law enforcement encounter; patterns of provoked by officers traffic  stops thereby abridging the"probable cause" standard and practicing the above stated pattern will daily ongoing vigor to create an atmosphere of "kill or be killed" potential law enforcement encounters to erupt; and patterns of failure to " internally discipline.... of local officers who violate polices and practices but by practice don't make policies for officers to abide by so that a wave of militant fear seeks through the heart of all citizens who has or may deal with officer Richard Browning that this officer "is crazy and just may have ordered or attempted to utilize the drug raid at issue to kill plaintiff Eric De'Juan Jones. The Municipal of prentiss is being sued in its official capacity for injunction/injunctive order  to "build a jail" and cease all unconstitutional practices and patterns with a method of discipline which the court reviews judicially in this action and find adequate to protect safely and keep those persons arrested or sought to be arrested and jail.

17. Defendant the prentiss Headlight whose address is :

Was served retraction notice by mail on August 8,2019 and directly on its Facebook page stated: "it will be the officers duty to retract the July 31, 2019 article at issue:

See Exhibit Two July 31, 2019 Article at issue

The Prentiss Headlight is being sued for the state torts it committed upon Plaintiff Eric De'Juan Jones as it relates to this action in their "the editor individual capacity" and its official capacity under durable harm to the plaintiff and for malice or failure to retract, republish the continuing truth of events , or merely state the truth about plaintiffs charges akin the drug raid.

18. Defendants Lamar County Sheriff Department; Jefferson Davis County Sheriff Department; Mississippi Bureau of Narcotics, HIDTA and Unknown Stone County Correctional Facility are not being sued at this time as Plaintiff reserves the rights to damages for individual departments or bureau member particular destructiveness of and at search but the litigation and massive filing or investigation of such by the plaintiff will have to cease where resources of the plaintiff is depleted and minimal to none.

19. And at all times each defendant was acting "under color of law", declaring defendant the prentiss Headlight was. It acting under color of law " but under   impression given by local,state of federal law enforcement agents whom  the presumed to speak a truth yet preliminary information revealed to the plaintiff that the falsity was photo copied from a book—- of the feds". No defense lies here —- the [f.m.a.] book was "faking" a lie that could and should have been investigated based on the federal custody fact adduced itself. Admit Defendant Prentiss Headlight tho art guilty of malice here in.

### Cause of action One

### Malicious Falsehood or Injurious

20.. Defendant The Prentiss Headlight knows to lie at para five in the article at issue Exhibit Two stating Plaintiff charges as (3)counts of trafficking a controlled substance while in possession of a firearm,possession with intent to distribute and possession of a firearm by a felon is Violent in nature and false and such would and did cause damage to the Plaintiff as follows: all music production is at a stand still, now people who were to buy shares in Cultural Music Masonary is backsliding,Plaintiff can't go to local stores without fingers pointing and smirks, church members don't trust me no more and I have had to put off a planned wedding amount other damages.

21. Defendant The Prentiss Headlight malicious falsehood is a falsehood about the exact charges Plaintiff Jones would face was made maliciously which did cause damages to the Plaintiff valued at $75,000.

22. Defendant The Prentiss Headlight owes Plaintiff Jones $75,000.00 for malicious falsehood or injurious falsehood.

## CAUSE OF ACTION TWO

### Libel

22. That on July 31,2019 Defendant The Prentiss Headlight did circulate,publish,and profit from a malicious publication by writing,printing,picture, effigy, sign or otherwise than by mere speech which did expose the Plaintiff a living person to hatred,contempt, ridicule or obloquy and did cause Plaintiff Jones to be ashamed and avoided, which article at issue have the tendency to injure Plaintiff Jones in his person and business.

## CAUSE OF ACTION THREE

### Criminal Libel

23. Defendant Richard Browning and Defendant The Prentiss Headlight commuted criminal libel by the July 31, 2019 malicious publication of durable life long defamation and this malicious defamation of Plaintiff Jones was made public by printing or writings tending to provoke Plaintiff Jones to wrath and continue to deprive him of the benefits of public confidence and social intercourse.

## CAUSE OF ACTION FOUR

### Slander

24. Defendant Richard Browning on or about July 27, 2019 did defame and injure by maliciously uttering a false report at a.) Uttering to L.B after the search that the Plaintiff was 'gay' and b.) Uttering a false light of charged crimes to the Defendant The Prentiss Headlight of 5 high level offense which false tales was maliciously told or propagated.

## CAUSE OF ACTION FOUR

### MALICIOUS PROSECUTION

1

25. On or about July 27,2019 Defendant Richard Browning did initiate a criminal prosecution which on or about July 29, 2019 Defendant Mellie Williams did continue that prosecution against Plaintiff Eric Jones with malice and without probable cause to believe Plaintiff did commit or was about to commit any crime whereafter on August 5,2019 the charges was dismissed in favor of Plaintiff Jones who is now seeking damages.

29. Defendant Richard Browning and Defendant Mellie Williams owe the Plaintiff separately and individually $16,000.00 per day for entire eight days spent in imprisonment for time aforesaid in para 25.

30. Defendant Richard Browning pursued the criminal process for discriminatory gay, music production dislike, racial, sex, or national origins of class bias animus.

31. Defendant Millie Williams violated 42 USCS 1983,1985when he did conspire with Defendant Browning to deprive Plaintiff Jones of His USCA 1,4,6,8 and 14th criminal procedures in state court by removal of Plaintiff Jones to Federal Custody and continuation of the charge Defendant Browning initiated.

32. For that conspiracy to deprive 42 USCS 1985(3) the Plaintiff of his rights Defendant Browning and Defendant Williams owes Plaintiff Jones $125,000.00 separately and individually.

33. For that conspiracy to deprive the Defendant Municipal of Prentiss owe the Plaintiff $250,000.00 and the USDOJ owes the Plaintiff $350,000.00 as both Defendants are being sued in their OFFICAL CAPACITY for violation of work ethnics lawfulness and The United States Constituion Amendments 1,4,5,6,8,and 14. Defendants Browning and Defendant Williams commuted conspiracy to commit malicious prosecution against the Plaintiff and state tort false arrest.

34. For that false arrest the Defendants separately owes the Plaintiff $65,000.00 each.

### CAUSE OF ACTION FIVE

### ABUSE OF THE CRIMINAL PROCESS

35.Defendant The Prentiss Headlight, Defendant Richard Browning and Defendant Williams maliciously pervesionated a regularly issued SearchWarrant,Docket Charging Book County,Arrest Warrant and Federal Criminal Complaint for the purpose to remove Plaintiff Jones from a free society to a pretrial federal holding facility to obtain discrimination against Mentally ill Person

I

Plaintiff Eric Jones who is Moorish American and familiar with state laws so he could be railroaded through the federal system to five to fourth years in federal custody who knew and or should have know the presumption of danger ness and flight would be against Plaintiff Jones as such is not lawfully warranted being upon dismissal at the preliminary hearing the Magistrate dismissed Plaintiff Jones.

36. That for that perversion Plaintiff Jones is owe $78,000.00 by Defendant The Prentiss Headlight; $85,000.00 by Defendant Browning and $190,000.00 by Defendant Williams.

37. That these Defendants have committed malicious use of process in the employment of para 35 for it ostensible purpose without reasonable cause or probable cause shown in the underlying facts and circumstance of the original Search Warrant delivered to Plaintiff Jones admist being handcuffed and search underway.

38. That the gist of this action for abuse of process is the improper use or perversion of the search warrant after it has been issued through out the Magistrate dismissal.

39. Thus the purpose of the prosecution was to civilly forefiet legal property and cash.

40. The Defendants Municipal of Prentiss owes me interest and earnings loss for each day hence the search return with a lawn mower, weed eater, laptop computer, and 3 apple iPhones at the rate of $500.00 per day until their return.

## CAUSE OF ACTION SIX

### Invasion of Privacy

41. Defendant Browning knows or should know that the United States privacy laws embodies several different legal concepts but one is the "invasion of privacy."

42. Defendant Browning unlawfully have intruded into the Plaintiff affairs for it is true the Plaintiff is "gay" wherein on a current VA appeal of of the issues in military sexual trauma wherein I didn't kill the guy who was sucking my dick when I woke up from being drunken sleep in a restricted area called Hollywood so that such would makes me "gay." SEE Exhibit Three

43. Defendant Browning disclosure of this information most sacred and private to L.B. violates my rights to privacy and triggers a Fourth Amendment claim of right to be free of unwarranted search and seizure by Defendant Browning Search Warrant; a First Amendment claim of right to free assembly, and a Fourteenth Amendment claim of due process of some sort if Defendant Browning is to take away ones right to be in the closet and gay as does equal protection of laws for openly gay persons.

44. For this invasion of privacy by disclosure to L.B. contents of my Veterans Affairs appeal he owes the Plaintiff $1700.00 per month for as long as the Plaintiff two sons shall live.

45. For the intrusion of solitude with a search warrant devoid of underlying facts and circumstances affidavit Defendant Browning and Defendant Municipal of Prentiss owes me $35,000.

46. For the publication of charges that in fact was the wrong charges Defendant The Prentiss Headlight owes Plaintiff Jones $100,000.00 even though the facts came for a Defendant Browning writing some thing in a charge booklet for the Defendants The Prentiss Headlight.

## CAUSE OF ACTION SEVEN

## FALSE IMPRISONMENT

47. Defendant Browning and Defendant Williams both physically detained the Plaintiff without legal right to do so for eight days. without probable cause to believe Plaint Jones has committed and/or has committed a crime without a warrant.

48. That Defendant Williams and Defendant Browning owes the Plaintiff $85,000.00 for that eight days of false imprisonment for mental distress and embarrassment.

48. That Defendant Browning and Defendant Williams also committed state tort of false arrest through their willful detention of the Plaintiff,without the Plaintiff's consent, without authority of USCA FOUR warrant requirement 'underlying facts and circumstances affidavit of Defendant Browning' wherein such was absurd shocking of the consciousness in just two days over 26 grams of cocaine and crack was missing hence Saturday to Monday morning the detention was unreasonable.

## CASUE OF ACTION EIGHT

## TRESPASSING

49. **Richard Browning; Millie Williams; Joesph Bullock; Municipal of Prentiss;**

**Prentiss Headlight Newspaper Company; Lamar County Sheriff Department; Jeff**

**Davis County Sheriff Department; Mississippi Bureau of Narcotics and   HIDTA did**

**42 USCS SECTION 1885(3)** conspire to deprive Plaintiff his civil right against TRESPASSING, INVASION OF PRIVACY INTRUSION OF SOLITUDE AND BY THE PUBLIC DISCLOSURE IF PRIVATE

1

FACTS

where said unknown person of county(1983),state(1983) and federal law enforcement officers (Biven's Suit) did commit the offense of Damaging Kathy Sands residence from livable to infested with bugs three broken windows,damaged furniture, wasted cereals and other food, and numerous other destruction with unnecessary odds of the end that such actions of officers-rise to the level of intentional destruction of private property values at $8500.00 wherein they all was unlawfully upon said 751 Tyrone Drive,Prentiss,Ms 39474 nor did they have permission to enter Plaintiff Jones territory as such equates a conspiracy to deprive for which I'm owed $750,000.00 jointly by all Defendants excepting the unknown nurse at issue.

Wherefore Premises Considered Plaintiff prays the Court will call to a hearing as to how the Plaintiff shall proceed thereafter service and return and answer by the DEFENDANTS BROWNING,WILLIAMS,BULLOCK,MUNICIPAL OF PRENTISS AND THE PRENTISS HEADLIGHT by the United States Marshall's Office.

This the ____12th____ day of ____August____ 2019A.D.

Respectfully Submitted

*Eric DeJuan Jones* (signature)

Cultural Music Masonary

Eric DeJuan Jones

PO Box 188

Prentiss,Ms 39474-0188

(601)498-6150