Exhibit ONE

# SEARCH WARRANT

STATE OF MISSISSIPPI
COUNTY OF JEFFERSON DAVIS

TO ANY LAWFUL OFFICER OF JEFFERSON DAVIS COUNTY, TOWN OF PRENTISS
WHEREAS, **Prentiss Police Detective Richard Browning,**
known to me to be credible persons, have this day made complaint on oath before me as follows:

1. That affiants have good reason to believe and do believe that certain things hereafter described are only being concealed in or about the following place in this county:

   **751 Tyrone Drive, Prentiss, Jefferson Davis County MS**

1. That the place described above is occupied and controlled by:

   **Eric Jones**

2. That said things are particularly describe as follows:

   **See Attachment A (Drugs) and Attachment B (Documents) Any and all other controlled Substances in violation of the controlled substance law, 41-29-139, particularly any performance enhancing drug or synthetic stimulant. Any and all items that may aid in the possession, Manufacture and/or distribution of controlled substance.**

3. That possession of the above described things is in itself unlawful (or the public has a primary interest in, or primary right to possession of, the above described things), in that said things are:

   **Any and all evidence of possession, manufacture and/or distribution of controlled substance. In violation of section 41-29-139 controlled / counterfeit substance law.**

4. The facts tending to establish the foregoing grounds for issuance of a Search Warrant were shown on a sheet headed "underlying facts and circumstances" which were reviewed by this court.

5. This court, having examined and considered said affidavit, and also having heard and considered evidence in support thereof from the affiants named therein does find that probable cause for the issuance of a search warrant does exist. THEREFORE, you are hereby commanded to proceed at any time in the day or night to the place described above and to search forthwith said place for the things specified above, making known to the person or persons occupying or controlling said place, if any, your purpose and authority for so doing, and if the things specified above be found there to seize them, leaving a copy of this warrant and a receipt for the things taken; and bring the things seized before this Court instanter; and

Exhibit ONE

RETURN

This inventory was made in the presence of __Richard Boatwright__
__Joseph Bullock__ and __Zack Jackson__
I swear that this Inventory is a true and detailed account of all the things taken by me on warrant.

Marijuana - Large Amount Approximately 507 grams
Ecstacy - 175 Dosage units, Approximately 40.0 grams
Cocaine, White Substance, Crack Pieces, Approx 10.9 gram
Crystalized Substance, Amphetamine Approx .403 grams
Rossi, 38 Handgun, Revolver 5 shot, Serial CW25 95 4C
Key Pad SAFE
• Iphone white Cracked Screen
• Iphone white with Black Case
• Apple Lap Top
• $2215 US Currency
  2 - Digital Scales
• Dell Tablet
• Iphone, Black with Red case
• 20 SE DVR Server w/ Mouse and Power Cord
• 4 - Blue Rhino Propane Bottles
• 8 - Mighty Flame Bottles
  Ryobi Pressure washer
  Generac generator
• Hyper Tough Mower
• Hyper Tough Weed eater
• Red Ledger

_____
Officer

Subscribed and sworn to and returned before me this _____ day of _____ 20__

_____
Judge

# Drugs, weapon seized in raid on Tyrone Drive



Prentiss Police officers, along with law enforcement officials from DEA, HIDTA, Lamar County Sheriff's Department, Mississippi Bureau of Narcotis and the Jefferson Davis County Sheriff's Department, executed a search warrant Saturday morning at 751 Tyrone Drive in Prentiss. Arrested in the raid were Eric Jones and Christopher Fairley.

By Holley Cochran
holley.cochran@prentissheadlight.com

The Prentiss Police Department with the help of DEA, HIDTA, Lamar County Sheriff's Department, Mississippi Bureau of Narcotics and the Jefferson Davis County Sheriff's Department, executed a search warrant at 751 Tyrone Drive in Prentiss Saturday morning.

According to authorities, there has been an ongoing investigation on that address after several narcotics arrests led back to that location.

A large quantity of meth, marijuana, crack cocaine, powder cocaine and Ecstasy was confiscated, along with drug paraphernalia, cash and a hand gun.

Officers estimate the street value to be over $40,000.

trolled substance with intent while in possession of a firearm and possession of a firearm by a convicted felon.

Also arrested was Chistopher Fairley. Fairley was charged with one count of possession of a controlled substance with intent to distribute.

"I would like to thank the DEA, HIDTA, Lamar County Sheriff's Department, MBN and the Jefferson Davis County Sheriff's Department for assisting in executing the search warrant on Tyrone Drive. This has been an onoing investigation that has finally come to a favorable end," said Prentiss Police Chief Joe Bullock.

Due to the large amount of illicit drugs, Eric Jones is now in federal custody.

Prentiss detective Richard Browning spearheaded the investigation. "If you are setting up shop inside the Prentiss City Limits, you might want to re-think it, because your days are numbered."

"We will not tolerate it."

