AO 91 (Rev. 11/11) Criminal Complaint

Exhibit Two

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

FILED
JUL 31 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Eric Dejuan Jones | ) | Case No. 2:19 mj 15 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___July 27, 2019___ in the county of ___Jeff Davis___ in the
___Southern___ District of ___MS Eastern Division___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Controlled Substances. |

This criminal complaint is based on these facts:
See affidavit attached hereto and incorporated herein

☑ Continued on the attached sheet.

_____
Complainant's signature

Mellie Williams, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __July 31, 2019__

_____
Judge's signature

City and state: ___Hattiesburg, MS___    Michael T. Parker, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

*Exhibit Two*

I, Mellie Williams, being first duly sworn, state as follows:

## Introduction

I am a Task Force Officer (TFO) with the United States Department of Justice, Drug Enforcement Administration (DEA). I have been a Task Force Officer with the DEA since June 2019. I have been employed by the Marion County Sheriff's Office since 2008. I am currently assigned to the Forrest County M.I.T. located in Hattiesburg, MS. During the course of my employment, I have participated in numerous investigations of illegal narcotics trafficking and violations of Title 21 United States Code.

## Probable Cause Factual Basis

Your affiant states that on July 27, 2019, Agents with the Hattiesburg Post of Duty assisted officers with the Prentiss Police Department serve a state search warrant at 751 Tyrone Drive, Prentiss, Mississippi, occupied and controlled by Eric Dejuan JONES. When Agents arrived at the residence, JONES was secured and detained without incident. Agents then conducted a search of the residence and TFO Williams found a plastic bag containing 13.4 grams of alleged Methamphetamine, a ledger of alleged narcotics sales, and a set of digital scales on a coffee table in the living room. TFO Williams continued to search and found a hand bag behind the front door of the residence. Inside the bag was 50.7 grams of alleged Marijuana in 21 individually packaged bags, 4 plastic bags containing approximately 10 grams of alleged Cocaine, 6.6 grams of alleged Crack Cocaine in 9 individually packaged bags, 46.5 grams of alleged Methamphetamine in 24 individually packaged bags, 30 dosage units of alleged Ecstasy, and a Rossi .38 Revolver serial number W25940.

While searching JONES bedroom, TFO Williams found a safe under the bed. TFO Williams gained access to the safe and found 3 plastic bags that contained 145 dosage units of alleged Ecstasy, 4 individually packaged plastic bags containing 104.8 grams of alleged Marijuana, a rectangular shaped package that contained 503.4 grams of alleged Marijuana, and 5 plastic bags containing 337.7 grams of alleged Methamphetamine. The alleged Methamphetamine was field tested and yielded a positive result.

JONES was then transported to the Stone County Regional Correctional Facility where he was processed according to DEA policy pending an Initial Appearance in Federal Court.

## CONCLUSION

Based upon my experience as a DEA Task Force Officer and the facts listed above involving Eric Dejuan JONES, it is my opinion that there is probable cause to believe that Eric Dejuan JONES committed violations of Title 21 U.S.C. § 841 (a)(1) in the Southern District of Mississippi, to wit: possession with intent to distribute a controlled substance.

*[signature]*

Mellie Williams
Task Force Officer
Drug Enforcement Administration

Sworn and subscribed to me this  31  day of  July , 2019.

*[signature]*

UNITED STATES MAGISTRATE JUDGE