IN THE UNITED STATES DISTRICT COURT
for The Southern District of Mississippi
Jackson Division

Cultural Music Masonary - CEO Eric DeJuan Jones                    Plaintiff

                                                        Exhibit Three

Versus                                                  Civil Action No.

Richard Browning; Mellie Williams; Joesph Bullock; Minicipal of Prentiss; Prentiss Headlight Newspaper Company; Lamar County Sherif Department; Jefferson Davis County Sherif Department; Mississippi Bureau of Narcotics, HIDTA AND Stone County Correctional Facility Unlown Nurse                    Defendents

Complaint of L.B. Against Defendant Richard Browning for Attempted Conspiratol invasion of Plantiff Jones Privacy - The Whistle Blowing Affidavit

I, Laterria Beal being duly sworn as set forth, duposes and says:
1. That I Am competent to make this Affidavit
2. That this Affidavit is made pursuant to the Whistle blowing Protection Act.
3. That this Affidavit is also made pursuant to the Civil Rights Act.
   - 42 USC. §§ 1983, 1988
4. That this Affidavit is also made pursuant to Americans Disability Act / 504 Act
5. That this Affidavit is also made pursuant to claims of Attempted Constitutional Violations of the affiant and plantiff Jones U.S.C.A. 1,4,5,6,8,14, because Plantiff Jones Would've been subjected to A.) Abuse of the criminal Process, B.) Malicious Prosecution, C.) False Arrest, D.) False imprisonmer with overreaching invasion of privacy under falsetite of falselight of Defendant Richard Browning.
6. That this Affidavit is made Pursuant to Title VI of the Civil Righ Act of 1964 and the "(OPJ) Program Statue" 42 USC. § 2000D, et seq And 34 USC. § 10228.

7.) That this Affidavit is also made to establish the reality of Cultural Music Masonary in that:

A) Plantiff Eric Jones is the CEO of the company and has it registered federal tax ID number

B) That I am a 24 year old moorish American whom the said CEO gave a place to stay and work

C) That I opperate a macbook Pro 17 inch Apple laptop compute which I administrate All Company business at 4 hrs days work for $15 each day and a place to stay.

D.) That Plantiff Jones circumvent the liabilty of such $15 per day wages through CD and DVD Processing and/or other tradings that arent illegal

E.) That Plantiff Jones and I the Affiant have become sexual and business relations involved in his Ideas, Visions and future business plans are ~~compent~~ competent and American.

F.) That i believe Plantiff Jones as CEO of cultural music Masonary shall one day prove Schizoprenic and bipolar persons can achieve Sucess over the SSI set income of 771.00 per month and become rich.

G.) That as a result of paragraph 7A-7F I Am a federal employee

H.) That as a whistleblower in this matter the affiant take the Risk of facing undue harrassment sexual and otherwise, harrassing traffic stops, siezures and searches and other relaliation from defendant Richard Browning use of police powers and authority, even to the risk of loss freedom and liberty.

1) That on or about the date of the Drug raid at issued I was Present During Defendant Richard Browning spearheading of a Search warrent Being Served at 751 Tyrone Drive Prentiss, MS 39474, the regisered Principle Corporate rated residence, which is owned By Kathy Sanels.

2) That this Affidaviol is made by the affiant a person who shall now expose information and activities of Defendant Richard Browning that day that is deemed illegal unthical and/or is not correct within the municipal of Prentss Police Department organization that ~~is etc~~ may be Classified as a threat to public interest fraud or corruption as follows;

A) That During the initial search of the residance and at No times before the search have I had a law enforcement encounter with Defendant Richard Browning

3) That Deffendant Richard Browning told me that During the Search "be Quiet Dont Say anything and that after this (the search) is over we can be Alone and talk"

4) That as the Search was over Defendant Browning arranged a moment where the Affiant ~~and him~~ and Defendant Richard Browning was Alone as the Affiant was Allowed by Defendant Richard Browning to pack my clothes and go free.

5) That at one point as the Affiant was packing her clothes Defendant richard Browning appeared to have cut off his body camera and was advancing his body and Penis toward the affiants mouth in a hostile and offensive manner as if to say or express " I owed him a Dick Suck for letting me go and get my clothes

5.) That as i frowned and adamantly refuse oral sex Defendant Richard Browning Came to himself and discriminnatorily on the bases of plantiff Jones Race, Color, moorish American origin sex and religion slandered Plantiff Jones to me in this individual instance as "Gay" using Gay slurs stating Plantiff Jones piscrimatory arrest while he was letting me would continue and he, Defendant Browning would trump up the highest level of Charges possib for my refusal to give him oral sex

1.) That title 34 U.S.C. § 12601 makes it unlawful for ~~defeco~~ Defendant Browning and any other officers present to engage in a Pattern or Practice of taking oral sex to deprive or grant persons like Plantiff Jones of rights in the criminal process that are protected by the constitution or the laws of the United States

2.) That upon imformation, belief and intelligence I obtained VIA cultural music masonary the misconduct in 10E and 11 Constitute a Pattern or Practice of the minicipal of Prentiss Police Department organization to grant defendant Richard Browning unfetter Discretion to exchange sex for favors and information under color of law.

3.) That on information and belief all officers City, state and Federal have violated title 2 of the Americans with disability Act of 1990 and §504 of the rehabilitation Act of 1973 by and through Defendant Richard Browning trumping up the highest level of charges against plantiff Jones on the basis of his schizoprenic and bipolar disability on the basis of the affiant refusal to grant Defendant Browning oral sex or on the basis! that Plantiff Jones is "Gay" and or "crazy" Anyway" as stated by defendant Richard Browning.

4.) That I am inlieu of first exhausting administrative remedies by filing a complaint in regard of paragraph

5.) That as a result of paragraph 1-15 the affiant would testify in this matter upon a Jury trial, The facts adduced from Paragraph 1-14 and as follows;

A.) That Paragraph 5 in the article at issue published by defendant the Prentiss Headlight with 5 high level charges is a lie uttered with malice and Defendants The Prentiss Headlights and defendant Richard Browning did conspire to publish the 5 high level charges to prevent by force, intimidation or threat any person from accepting or holding any business, trust, or association or place of confidence in cultural music masonary incorporated within the United States and to stop the affiant from discharging her duties from discharging any duties there of at Paragraph 7 above with intent to induce be dike means to leave mississippi or 751 Tyrone Drive Prentiss, Ms 39474 where the affiant Duties as an administrative officer or required to be performed and did injure the affiant in her Person and Property on the account of lawful U.S.O.A 1 association and assembly or her lawful Discharge of duties of her office while engaged in the lawful Discharge there of with intent to injure all music production, trucking, and masonary so as to molest interupt, hender and impede her in the discharge of her official Duties of cultural Music Masonary

6.) That on or about the time of the search warrant service at issue defendant Richard Browning and one or more unknown Persons PID conspire to deter, by force, intimidation, or threat the affiant and Christopher fairly from being a witness in

A.) Jeffersondavis County Circuit Court forefieture matter
B.) State or federal court where Plantiff Jones was to be booked
C.) And the United States court of veterans appeals

and testifying or attending such court to witness matters pending therein freely, fully and truthfully through the overt actions of letting the affiant go free and charging Plantiff Jones with 5 high level offenses the ao..lt with no offenses

so as to injure such without their property to influence a later criminal acivil verdict, resentment adhearings and or the indictment of a state or federal granjury in such courts that set forth above for the purpose of impeding, hindering, obstructing, or/and defeating at trials or hearing plantiff Jones unfairly without Due process in the due course of Justice state or federal Criminal procedures mandate with intent the high level charges freeing of the Affiant and charging hristopher fairly with minimal charges would work to deni Plantiff Jones equal protection of the laws and injured Plantiff Jones Cultural music masonary and its employees proper or lawfully enforcing or attempting to enforce the rights of plantiff Jones who is mentally ill thereby to Deny Plantiff Jones equal protection of business corporate, civ and criminal laws.

1) Defendent Richard Browning and Mellie Williams ~~dist~~ In the state of MS. did conspire and/or go in disguise t 751 Tyrone Drive Prentiss, MS 39474, for the purpose of depriving, Plantiff Jones of equal protection of laws against:

A) false imprisonment, B) Malicious Prosecution, C) fals arrest, D) Trespass, E) Warrats without underlying facts or circumstances, F) Railroad criminal processing.

At All times plantiff Jones was being arrested and discharged.

8) Affiant Further Swears Not

I, Laterria Beal inaccord with 28 U.S.C. § 1746 Declare under penalty and purgury the foregoing is true and correct

*Laterria Beal*
Laterria Beal
PO Box 188
Prentiss, MS 39474